```
                                    FILED
                            DISTRICT OF WYOMING
                              U.S. DISTRICT COURT

                              SEP 2 4 2014

                          U.S. MAGISTRATE JUDGE
```

# UNITED STATES DISTRICT COURT
## for the DISTRICT OF WYOMING
### at YELLOWSTONE NATIONAL PARK

UNITED STATES OF AMERICA,
                                Plaintiff,          **JUDGMENT IN A CRIMINAL CASE**

vs.

ANDREAS MEISSNER,                                  CASE NUMBER:  14-MJ-57
                                Defendant.

                                                        <u>WAIVED</u>
                                                   Defendant's Attorney

THE DEFENDANT:   pleaded guilty to counts(s)  <u>1, 2 and 3</u> .

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of  the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 36 C.F.R. §1.5(f) | Violate activity restriction, ie launching, landing or operating an unmanned aircraft | 07/17/14 - 08/03/14 | 1 |
| 36 C.F.R.§5.5(a) | Commercial filming and still photography activities | 07/17/14 - 08/03/14 | 2 |
| 36 C.F.R. §2.22(a)(2) | Leaving property unattended for longer than 24 hours | 07/17/14 - 08/03/14 | 3 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment.

Count 4 is dismissed with prejudice on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district 10 days prior to any change of residence or mailing address until all fines, donation-restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No:  **N/A**

                                          September 17, 2014
                                    _____
                                        Date of Imposition of Sentence

                                    _____
                                          Mark L. Carman
                                    United States Magistrate Judge

                                          9-24-2014
                                    _____
                                               Date

DEFENDANT: ANDREAS MEISSNER
CASE NUMBER: 14-MJ-57

# UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of one (1) year.

While on probation, the defendant shall not commit any federal, state, tribal, or local crime.

The defendant shall make special assessment, processing fee and fine payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant shall pay all monetary penalties in full by October 27, 2014.  Upon receipt of monetary penalties, defendant's drone and camera will be returned to him by the National Park Service at the expense of the defendant and the defendant will surrender all rights to the SD card.  All non Yellowstone related photos and video will be returned to the defendant.

The defendant is banned from entering the exterior boundaries of Yellowstone National Park for a period of one (1) year.

DEFENDANT: ANDREAS MEISSNER
CASE NUMBER: 14-MJ-57

Judgment-Page 3 of 4

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Count Number | Assessment | Processing Fee | Restitution | Fine | Total Amount Due |
|---|---|---|---|---|---|
| 1 | $10.00 | $0.00 | $242.50 | $1,000.00 | $1,252.50 |
| 2 | $10.00 | | $0.00 | $200.00 | $210.00 |
| 3 | $10.00 | | $0.00 | $100.00 | $110.00 |
| Totals: | $30.00 | $0.00 | $242.50 | $1,300.00 | $1,572.50 |

## FINE AND/OR RESTITUTION

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine is inclusive of all penalties and interest, if applicable. Restitution is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than $2,500, unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## RESTITUTION

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution | Priority Order of Payment |
|---|---|---|
| Clerk, US District Court<br>2120 Capitol Avenue<br>Room 2131<br>Cheyenne, WY  82001 | $242.50 | |

Each restitution payment shall be divided proportionately among the payees named unless specified in the priority payment column above.

DEFENDANT: ANDREAS MEISSNER

Judgment-Page 4 of 4

CASE NUMBER: 14-MJ-57

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) processing fee; (3) restitution; (4) fine principal; (5) cost of prosecution; (6) interest; (7) penalties.

The total fine and other monetary penalties shall be due as follows:

> **$1,572.50** in full not later than **October 27, 2014** payable to **Clerk, U.S. District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, WY 82001**. (Or call with credit card payment to 307.433.2120.)